1  Richard Lyon (Cal. Bar No. 229288)
2  rick@dovel.com
   Jonas B. Jacobson (Cal. Bar No. 269912)
3  jonas@dovel.com
4  Simon Franzini (Cal. Bar No. 287631)
   simon@dovel.com
5  DOVEL & LUNER, LLP
6  201 Santa Monica Blvd., Suite 600
   Santa Monica, California 90401
7  Telephone: (310) 656-7066
   Facsimile: (310) 656-7069
8
9  *Attorneys for Plaintiff*
10

11              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
12

| 13  Impressions Restaurant & Banquet Hall | Case No.:  2:23-cv-00733- HDV-JC |
|---|---|

13  Impressions Restaurant & Banquet Hall
    Inc., individually and on behalf of all
14  others similarly situated,

                    Plaintiffs,
15

16          v.

17  Liberty Mutual Insurance Company and
    West American Insurance Company,
18

                    Defendants.
19

20

Case No.:  2:23-cv-00733- HDV-JC
Hon. Hernán D. Vera
Courtroom 5B

**JOINT STIPULATION FOR
DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P.
41(A)(1)(A)(II)**

Amended Complaint served: April 14, 2023
Trial Date: April 14, 2026

21
22
23
24
25
26
27
28

1    **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2        **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure

3    Section 41(a)(1)(A)(ii), and pursuant to the terms of the parties' Settlement Agreement,

4    Plaintiff Impressions Restaurant & Banquet Hall Inc. ("Plaintiff"), and Defendants

5    Liberty Mutual Insurance Company and West American Insurance Company

6    (collectively, "Defendants"), hereby stipulate to dismissal with prejudice of all claims

7    in the above-captioned action (the "Action").  Each party shall bear its own costs,

8    expenses and attorney's fees incurred in this action.

9        Based on the foregoing facts, Plaintiff and Defendants stipulate and agree as

10   follows:

11       1.    This Court should dismiss this Action in its entirety with prejudice; and

12       2.    All upcoming hearings and deadlines should be vacated, and the Action

13   should be terminated.

14
15   DATED:  October 7, 2024          RICHARD LYON
                                      **DOVEL & LUNER LLP**
16
17                                    */s/Richard Lyon*
                                      Richard Lyon
18
                                      Attorneys for Plaintiff
19                                    **IMPRESSIONS RESTAURANT & BANQUET HALL INC.**

20   DATED:  October 7, 2024          RACHEL E. K. LOWE
21                                    TIFFANY L. POWERS *(admitted pro hac vice)*
                                      MICHAEL K. FARRELL *(admitted pro hac vice)*
22                                    SAMANTHA K. BURDICK

23                                    **ALSTON & BIRD LLP**

24                                    */s/ Rachel E. K. Lowe*
25                                    Rachel E. K. Lowe

26                                    Attorneys for Defendants
                                      **LIBERTY MUTUAL INSURANCE COMPANY**
27                                    **and WEST AMERICAN INSURANCE COMPANY**

28

## Local Rule 5-4.3.4(a)(2)(i) Certification

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

*/s/ Richard Lyon*

Richard Lyon