JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Impressions Restaurant & Banquet Hall Inc., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Liberty Mutual Insurance Company, and West American Insurance Company,<br><br>    Defendant(s). | Case No.:  2:23-cv-00733- HDV-JC<br>Hon. Hernán D. Vera<br>Courtroom 5B<br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Amended Complaint served: April 14, 2023<br>Trial Date: April 14, 2026 |

On October 7, 2024, Plaintiff Impressions Restaurant & Banquet Hall Inc. ("Plaintiff") and Defendants Liberty Mutual Insurance Company and West American Insurance Company (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their counsel, filed a stipulation to dismiss the above titled action (the "Action") with prejudice under Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), and pursuant to the terms of the parties' Settlement Agreement ("Stipulation").

The Court, having considered the Parties' Stipulation, hereby GRANTS the stipulation and ORDERS as follows:

1. The Action in its entirety is dismissed with prejudice; and

2. All upcoming hearings and deadlines are vacated, and the Action is terminated.

**IT IS SO ORDERED.**

DATED: 10/07/24

_____
THE HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT COURT JUDGE